AIA ENGINEERING LIMITED, Plaintiff/Counterclaim Defendant–Appellant,

and

Vega Industries, Ltd., Inc., Third Party Defendant–Appellant,

v.

MAGOTTEAUX INTERNATIONAL S/A, and Magotteaux, Inc., Defendants/Counterclaimants–Appellees.

No. 2013–1035.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2013.

Paul C. Ney, Jr., Waddey & Patterson, P.C., of Nashville, TENN, argued for Plaintiff/Counterclaim Defendant–Appellant and third party Defendant–Appellant. With him on the brief were Edward D. Lanquist, Jr. And Matthew C. Cox.

James M. Bollinger, Troutman Sanders LLP, of New York, NY, argued for Defendants/Counterclaimants–Appellees. With him on the brief were Timothy P. Heaton; John J. Gresens and Scott D. Barnett, of Chicago, IL; and Puja R. Patel, of Atlanta, GA.

LOURIE, PROST, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**